STATE OF MONTANA, Plaintiff, vs. ALBERT SANTOS, Defendant.
## DECISION
The application of the above-named defendant for a review of the sentence of 5 years on each count of Burglary, 2d Degree, 2 counts with 5 years suspended, imposed on April 18, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Dennis Conner of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 13th day of November, 1973.
### SENTENCE REVIEW DIVISION
Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.

## DECEMBER 1973 CALENDAR

STATE OF MONTANA, Plaintiff, vs. HAROLD CARL VAN BERKOM, Defendant.

No. 799
## DECISION
The application of the above-named defendant for a review of the sentence of 4 years for Uttering & Delivering a Fraudulent Check, imposed on July 5, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

DATED this 7th day of December, 1973.
### SENTENCE REVIEW DIVISION
Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. RONALD MARVIN TRANGSRUD, Defendant.

No. 438
## DECISION
The application of the above-named defendant for a review of the sentence of 6 years with 3 suspended for Second Degree Assault, imposed on November 1, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank John Forsythe for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.
### SENTENCE REVIEW DIVISION
Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.